IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civ. No. 7:16-cv-00036-D

MARY CATHERINE BRYANT, )
)
    Plaintiff, ) STIPULATION FOR
) PAYMENT OF ATTORNEY FEES
v. ) UNDER THE EQUAL ACCESS
) TO JUSTICE ACT
NANCY A. BERRYHILL,[1] )
ACTING COMMISSIONER OF )
SOCIAL SECURITY, )
)
    Defendant. )

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $3,082.68 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Monica R. Savidge, and mailed to her office at P.O. Box 11373, Southport, North Carolina 28461, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this \_\_\_10\_\_\_ day of March, 2017,

*[signature]*
JAMES C. DEVER
Chief United States District Judge

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).