UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

MARY CATHERINE BRYANT, )
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
  v. )
) **CASE NO. 7:16-CV-36-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $3,082.68 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiffs counsel, Monica R. Savidge, and mailed to her office at P.O. Box 11373, Southport, North Carolina 28461, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

**This Judgment Filed and Entered on March 10, 2017, and Copies To:**
Monica Rathke Savidge     (via CM/ECF electronic notification)
David M. Mansfield     (via CM/ECF electronic notification)

DATE:     JULIE RICHARDS JOHNSTON, CLERK
March 10, 2017     (By) /s/ Nicole Briggeman
    Deputy Clerk